AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jackson A. Cosko | ) Case No. |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of Sept. 27, 2018 to October 2, 2018 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

*Code Section*

(1) 18 U.S.C. 119
(2) 18 U.S.C. 1030(a)(3)
(3) 18 U.S.C. 1028(a)(7)
(4) 18 U.S.C. 1512(b)(3)
(5) 18 U.S.C. 875(d)
(6) D.C. Code 22-801(b)
(7) D.C. Code 22-3302(b)

*Offense Description*

(1) Making Public Restricted Personal Information
(2) Unauthorized Access of a Government Computer
(3) Identity Theft
(4) Witness Tampering
(5) Threats in Interstate Communications
(6) Second Degree Burglary
(7) Unlawful Entry

This criminal complaint is based on these facts:

See attached affidavit in support of a criminal complaint

☐ Continued on the attached sheet.

*Complainant's signature*

Jason Bell, Captain, U.S. Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/03/2018

*Judge's signature*

City and state: Washington, DC   Magistrate Judge Deborah A. Robinson
*Printed name and title*