NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                      Criminal Number 1:18-MJ-00121

__Jackson A. Cosko__
(Defendant)

**FILED**
OCT 04 2018
Clerk, U.S. District and
Bankruptcy Courts

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

__Brian W. Stuart       466160__
(Attorney & Bar ID Number)

__LeClair Ryan__
(Firm Name)

__2318 Mill Road Ste 1100__
(Street Address)

__Alexandria__   __VA__   __22314__
(City)         (State)   (Zip)

__703   647-5946__
(Telephone Number)