NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  1:18-mj-00121-DAR

JACKSON A. COSKO
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

John F. Hundley - DC Bar #449915
*(Attorney & Bar ID Number)*
LeClairRyan PLLC
*(Firm Name)*
2318 Mill Road, Suite 1100
*(Street Address)*
Alexandria, VA  22314
*(City)          (State)          (Zip)*
(703) 647-5969
*(Telephone Number)*